**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C. et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DAVID CAPPER,<br><br>        Defendant. | Case No. LA CV14-08581 JAK (RZx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>**JS-6** |

Having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction, and good cause appearing, the Court approves the stipulation and **ORDERS** as follows:

1. Judgment is entered for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network") on Count I of the complaint alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1); Count II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a); and Count III alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

2. Defendant David Capper ("Defendant") shall pay damages in the amount of $10,000 to DISH Network.

1

3. Defendant, and any person acting in active concert or participation with Defendant that receives actual notice of this order, is hereby permanently enjoined from:

    A. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

    B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

4. This permanent injunction takes effect immediately.

5. Each party is to bear its own attorney's fees and costs.

6. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 23, 2015

                                            Hon. John A. Kronstadt
                                            United States District Judge